967 A.2d 841

IN THE MATTER OF JAMES E. WHITE, AN ATTORNEY
AT LAW (ATTORNEY NO. 040781996).

September 5, 2008.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 08–077, concluding that **JAMES E. WHITE** of **EWING,** who was admitted to the bar of this State in 1996, and who has been suspended from the practice of law since September

21, 2007, should be reprimanded for violating *RPC* 5.5(a)(unauthorized practice of law), and good cause appearing;

It is ORDERED that **JAMES E. WHITE** is hereby reprimanded; and it is further

ORDERED that respondent shall remain suspended from the practice of law and continue to comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.